```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 11295
   ISSA W TADROS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3478


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 05/05/2008 and was not confirmed.

   The case was dismissed without confirmation 07/21/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
ACCREDITED HOME LENDER    CURRENT MORTG         .00        .00           .00
ACCREDITED HOME LENDER    MORTGAGE ARRE    33284.76        .00           .00
HSBC MORTGAGE SERVICES    CURRENT MORTG         .00        .00           .00
HSBC MORTGAGE SERVICES    MORTGAGE ARRE     4293.58        .00           .00
ILLINOIS DEPT OF REVENUE  SECURED           1865.00        .00           .00
INTERNAL REVENUE SERVICE  PRIORITY           404.32        .00           .00
AMERICAN SERVICE INSURAN  UNSECURED        NOT FILED       .00           .00
CAPITAL ONE               UNSECURED          585.76        .00           .00
CARMAX AUTO FINANCE       UNSECURED        NOT FILED       .00           .00
ROUNDUP FUNDING LLC       UNSECURED        12290.71        .00           .00
FORD MOTOR CREDIT         UNSECURED        NOT FILED       .00           .00
LAND ROVER                UNSECURED        NOT FILED       .00           .00
MARQUETTE NATIONAL BANK   UNSECURED        NOT FILED       .00           .00
NCO FINANCIAL             UNSECURED        NOT FILED       .00           .00
NETWORK REALTY            NOTICE ONLY      NOT FILED       .00           .00
ACCREDITED HOME LENDERS   NOTICE ONLY      NOT FILED       .00           .00
GROCHOCINSKI & GROCHOCIN  ATTORNEY              .00        .00           .00
INTERNAL REVENUE SERVICE  UNSECURED            2.02        .00           .00
PRO SE DEBTOR             DEBTOR ATTY          .00                       .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       --------------        --------------

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 11295 ISSA W TADROS
```

```
TOTALS                                         .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
 Dated: 10/22/08                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```